IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III, ) | No. C 11-1342 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER DENYING REQUEST |
| ) | TO REMOVE |
| v. ) | |
| ) | |
| WARDEN RANDY GROUNDS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the Central Training Facility and several of its employees. On June 6, 2011, Plaintiff filed a request that the Court remove his related state case to federal court pursuant to 28 U.S.C. § 1441. However, the right to remove a state court case to federal court is limited to defendants. *American Intern. Underwriters (Philippines), Inc. v. Continental Ins. Co.*, 843 F.2d 1253, 1260 (9th Cir. 1988); *see Oregon Egg Producers v. Andrew*, 458 F.2d 382, 383 (9th Cir. 1972) (per curiam) ("A plaintiff who commences his action in a state court cannot effectuate removal to a federal court even if he could have originated the action in a federal court and even if a counterclaim is thereafter filed that states a claim cognizable in a federal court."). Accordingly, Plaintiff's request is DENIED.

IT IS SO ORDERED.

DATED:   7/1/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Request to Remove
P:\PRO-SE\SJ.LHK\CR.11\Wilkerson342remove.wpd