Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
Maya Pri-Tal Ohana, SBN. 272903
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-979-0100; 415-979-0747 (fax)
mmg@hudginslaw.com; mpo@hudginslaw.com

Attorneys for Defendants Warden R. Grounds, Chief Engineer I, R. Jimenez and Maintenance Mechanic N. Chan

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN R. GROUNDS., et al.,<br><br>Defendants. | CASE NO. 11-1342-LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR BRIEF EXTENSION OF DISPOSITIVE MOTION FILING DEADLINE** |

GOOD CAUSE APPEARING THEREFOR, Defendants' request for an extension of the dispositive motion filing deadline is hereby granted. Defendants shall file their dispositive motion no later than September 5, 2011. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **thirty (30) days** from the date Defendants' motion is filed. Defendants <u>shall</u> file a reply brief no later than **fifteen (15) days** after Plaintiff's opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

IT IS SO ORDERED.

DATED:__8/30/11____

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

*Wilkerson v. Grounds et al*
~~Proposed~~ Order Re Request for Extension        1        *Case No. 11-1342 LHK (PR)*
Wilkerson/p/Order re Ext 11h17