IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN RANDY GROUNDS, et al.,<br><br>    Defendants. | No. C 11-1342 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

    Plaintiff, a state prisoner proceeding *pro se*, filed the instant civil rights complaint under 42 U.S.C. § 1983. On September 1, 2011, Defendants filed a motion for summary judgment. On September 26, 2011, Plaintiff filed a motion for extension of time to file his opposition. Defendants have noticed their non-opposition to such an extension. Accordingly, Plaintiff's motion is GRANTED. Plaintiff's opposition shall be filed no later than **thirty days** from the filing date of this order. Defendants' reply shall be filed no later than **fifteen days** thereafter.

    This order terminates docket no. 24.

    IT IS SO ORDERED.

DATED: 10/6/11

                                    LUCY H. KOH<br>
                                    United States District Judge