IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III, | ) No. C 11-1342 LHK (PR) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| WARDEN RANDY GROUNDS, et al., | ) |
| Defendants. | ) |
| | ) (Docket No. 36.) |

Plaintiff, a state prisoner proceeding *pro se*, filed the instant civil rights complaint under 42 U.S.C. § 1983. On September 1, 2011, Defendants filed a motion for summary judgment. On October 19, 2011, Plaintiff filed an opposition to Defendants' summary judgment. On November 1, 2011, Defendants filed a reply. On December 15, 2012, Plaintiff filed a response to the reply. On July 16, 2012, the Court notified Plaintiff that he would be allowed fourteen (14) days from the date of the order to file a supplemental opposition in light of *Woods v. Carey*, 684 F.3d 934, 935, 940-41 (9th Cir. 2012). Plaintiff has filed a motion for extension of time to file his supplemental opposition. Plaintiff's unopposed motion is **GRANTED**. Plaintiff's supplemental opposition shall be filed **no later than August 27, 2012.** Defendants' supplemental reply shall be filed no later than **seven days** thereafter.

This order terminates docket no. 36.

IT IS SO ORDERED.

DATED: 8/22/12

LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Ext. of Time to File Supp. Opp. to Defs Motion for Summary Judgment
G:\PRO-SE\SJ.LHK\CR.11\Wilkerson342eot-SuppOppMSJ.wpd