IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III, ) | No. C 11-1342 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| WARDEN RANDY GROUNDS, CHIEF ENGINEER R. JIMENEZ, and N. CHAN, ) | |
| Defendants. ) | |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/10/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.11\Wilkerson342jud.wpd