IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III, )<br>  )<br>       Plaintiff, )<br>  )<br>  vs. )<br>  )<br>  )<br>WARDEN RANDY GROUNDS, CHIEF )<br>ENGINEER R. JIMENEZ, and N. CHAN, )<br>  )<br>       Defendants. )<br>_____ ) | No. C 11-1342 LHK (PR)<br><br>JUDGMENT |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/10/12

_____
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.11\Wilkerson342jud.wpd