IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILKERSON, III,<br><br>    Plaintiff,<br><br> vs.<br><br>WARDEN RANDY GROUNDS, CHIEF ENGINEER R. JIMENEZ, and N. CHAN,<br><br>    Defendants. | No. C 11-1342 LHK (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |

On September 11, 2012, the Court granted Defendants' motion for summary judgment and entered judgment in favor of Defendants. On October 9, 2012, Plaintiff filed a request for an extension of time in which to file his notice of appeal. Plaintiff's request is GRANTED. Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(C), Plaintiff may file a timely notice of appeal on or before November 12, 2012.

IT IS SO ORDERED.

DATED: 10/11/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Request for Extension of Time to File Notice of Appeal
G:\PRO-SE\SJ.LHK\CR.11\Wilkerson342eotnoa.wpd